**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

v.                                          CASE NO: 8:12-cr-438-T-33TBM

RAYMOND EARL WARREN
_____

**Order Granting Defendant's Unopposed Motion for Reconsideration and Prison-Term Reduction Under 18 U.S.C. § 3582(c)(2) Based on USSG Amend. 782**

Before the Court is Defendant Raymond Earl Warren's Motion for Reconsideration, which requests the Court reduce his prison term, under 18 U.S.C. § 3582(c)(2) based on USSG Amend. 782, a retroactive guideline amendment, see USSG § 1B1.10(d) (2014). (Doc. # 73). The United States does not oppose a reduction as requested in Warren's Motion for Reconsideration. (Id. at ¶ 8).

On July 24, 2015, the United States Probation Office filed an Amendment 782 Memorandum, which stated Warren was eligible for a reduced sentence of 78 months to 97 months and, because of a § 5K1.1 departure, a 13% reduction resulting in a permissible sentence of 68 months imprisonment. (Doc. # 67). Thereafter, this Court entered an Order granting Warren's Motion for Retroactive Application of Sentencing Guidelines and reduced Warren's sentence from 84 months to 68 months. (Doc. # 68). This Court also entered an Order directing that any objections to the sentence reduction must be filed within 30 days of the Order granting Warren's Motion for Retroactive Application of Sentencing Guidelines. (Doc. # 70).

On August 19, 2015, Warren filed an Unopposed Motion for Reconsideration, which objected to the calculations within the Amendment 782 Memorandum and requested this Court to impose a new reduced sentence of 57 months. (Doc. # 73). In light of that objection, the Court directed the United States Probation Office to file an amended Amendment 782 Memorandum. (Doc. # 74). On August 25, 2015, the United States Probation Office filed an amended Amendment 782 Memorandum, which stated as to the § 5K1.1 departure that a "28% departure from the amended guideline range results in a permissible sentence of 57 months imprisonment." (Doc. # 75).

Accordingly, Warren requests, and the United States does not oppose, the entry of a reduced sentence of 57 months imprisonment. See (Doc. ## 73, 75). The Court agrees that Warren is eligible for a reduction and adopts the amended guideline calculations in the Amended Amendment 782 Memorandum. (Doc. # 75).

Having reviewed the facts in both the original presentence investigation report and the August 25, 2015, Amended Amendment 782 Memorandum from the United States Probation Office in light of the factors in 18 U.S.C. § 3553(a) and the need to consider the nature and seriousness of any danger posed by a reduction, see USSG § 1B1.10, comment. (n.1(B)(ii)), the Court finds that a 28% reduction, which results in a reduction of 27 months, is warranted. Consistent with USSG § 1B1.10(e)(1), the effective date of this order is November 1, 2015, or the next business day, if need be.

Thus:

(1) The Court grants Warren's Motion for Reconsideration (Doc. # 73).

(2) The Court reduces Warren's prison term from 84 to 57 months or time served, whichever is greater.

(3) The effective date of this order is November 1, 2015, or the next business day, if need be.

**DONE** and **ORDERED** in Chambers, Tampa, Florida on this 27th day of August, 2015.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Magistrate Judge
United States Marshals Service
United States Probation Office
United States Pretrial Services